## HELEN D. LEGNOS *v.* PETER J. LEGNOS (14339)

Lavery, Landau and Heiman, Js.

Argued February 26—decision released March 26, 1996

*William W. Fisher, Jr.,* for the appellant (defendant).

*William E. McCoy,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.